**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ARTURO SOLIS,

Petitioner

v.

WARDEN MATTOS,

Respondent.

Case No. 2:26-cv-02388-APG-BNW

**Dismissal Order**

*Pro se* Petitioner Arturo Solis transmitted a petition for habeas corpus under 28 U.S.C. § 2241 and a related emergency motion for a temporary restraining order. These filings were mistakenly separated and docketed in separate cases: 2:26-cv-02388-APG-BNW and 2:26-cv-02389-MMD-BNW. The motion was filed in 2:26-cv-02388-APG-BNW, and the petition was filed in 2:26-cv-02389-MMD-BNW. Following this erroneous docketing, Solis filed an amended motion for a temporary restraining order, which was docketed in 2:26-cv-02389-MMD-BNW with his petition. Thus, this case, which contains only a motion which has been amended and docketed in a different matter, is superfluous.

I THEREFORE ORDER that the motion [ECF No. 2] is denied without prejudice, as it will be considered in 2:26-cv-02389-MMD-BNW.

I FURTHER ORDER that a Certificate of Appealability is denied, as jurists of reason would not find dismissal of this action for the reasons stated herein to be debatable or wrong.

I FURTHER KINDLY ORDER that the Clerk of Court enter final judgment and close this case.

DATED: August 13, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE